UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KASII THOMAS                                                                                       PLAINTIFF
ADC #113374

V.                                          No. 4:23-CV-101-JM-JTR

JANICE BLAKE,
Disciplinary Officer, ADC, *et al.*                                                    DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray, along with timely objections filed by Mr. Thomas. Mr. Thomas also filed a motion for extension of time to file his objections (Doc. No. 18) at the same time that he filed his objections; that motion is denied. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Thomas's Complaint, Amended Complaint, and Supplement (*Doc. 2; Doc. 5; Doc. 9*) are DISMISSED, without prejudice. The Court recommends that the dismissal count as a "strike" for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g); *see Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE