UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KASII THOMAS                                                                                               PLAINTIFF
ADC #113374

V.                                            No. 4:23-CV-101-JM-JTR

JANICE BLAKE,
Disciplinary Officer, ADC, *et al.*                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE